FILED

MAR 1 0 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:20cr 82-RAA-WC |
| | ) | [18 U.S.C. § 1703] |
| | ) | |
| BRIANNA RICHARDSON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Delay or Destruction of Mail)

On or about December 2, 2019, in Montgomery County, within the Middle District of

Alabama, the defendant,

### BRIANNA RICHARDSON,

a United States Postal Service employee, unlawfully secreted, detained, and delayed mail which

had been entrusted to the defendant and which had come into the defendant's possession,

intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703.

## COUNT 2
(Delay or Destruction of Mail)

On or about December 3, 2019, in Montgomery County, within the Middle District of

Alabama, the defendant,

### BRIANNA RICHARDSON,

a United States Postal Service employee, unlawfully secreted, detained, and delayed mail which

had been entrusted to the defendant and which had come into the defendant's possession,

intended to be conveyed by mail, in violation of Title 18, United States Code, Section 1703.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
MaryLou E. Bowdre
Assistant United States Attorney

2