# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:20-CR-082-RAH-KFP |
| | ) |
| BRIANNA RICHARDSON | ) |

## NOTICE OF INTENT TO CHANGE PLEA

**BRIANNA RICHARDSON**, through Undersigned Counsel, Samuel Brooke, notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Ms. Richardson waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 23rd day of April, 2021.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:20-CR-082-RAH-KFP |
| | ) | |
| BRIANNA RICHARDSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B